UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENYON REESE,

    Plaintiff,

Case No. 18-10383

v.

HON. GEORGE CARAM STEEH

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

ORDER ACCEPTING REPORT AND RECOMMENDATION,
DENYING PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT (Doc. 11), AND GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT (Doc. 13)

On January 7, 2019, Magistrate Judge Mona K. Majzoub issued a report and recommendation proposing that the court grant Defendant's motion for summary judgment and deny Plaintiff's motion for summary judgment. Magistrate Judge Majzoub further recommends that this action for social security disability benefits be dismissed. No timely objections have been filed.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which

objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id.*

Upon review of the report and recommendation, and having received no objection, the court agrees with Magistrate Judge Majzoub's analysis and conclusions.

Therefore, IT IS HEREBY ORDERED that Magistrate Judge Majzoub's report and recommendation (Doc. 14) is ACCEPTED and ADOPTED as the order of the court.

IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment (Doc. 11) is DENIED and Defendant's motion for summary judgment (Doc. 13) is GRANTED.


Dated: February 5, 2019                s/George Caram Steeh
                                       GEORGE CARAM STEEH
                                       UNITED STATES DISTRICT JUDGE